**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7                    IN THE UNITED STATES DISTRICT COURT
8                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                            SAN JOSE DIVISION
10   STEVEN M. DUBOSE,                      CASE NO. 5:11-cv-03264 EJD
11                                          **ORDER DISMISSING CASE**
                     Plaintiff(s),
12      v.
13   SUNTRUST MORTGAGE, INC.,
14
                     Defendant(s).
15   _____/
16          On April 19, 2012, the court granted Defendant's motions to dismiss and ordered Plaintiff to
17   file an amended complaint on or before May 19, 2012.  <u>See</u> Docket Item No. 14.  The Court
18   admonished Plaintiff that failure to file an amended complaint as directed could result in the
19   dismissal of this action without further notice.
20          As of this date, Plaintiff has not filed an amended complaint or otherwise indicated a reason
21   for not doing so.  Accordingly, this case is DISMISSED WITH PREJUDICE for lack of prosecution
22   pursuant to Federal Rule of Civil Procedure 41(b).  The Clerk shall close this file.
23   **IT IS SO ORDERED.**
24
25   Dated:  May 22, 2012                    
26                                           EDWARD J. DAVILA
                                             United States District Judge
27
28
                                             1
     CASE NO. 5:11-cv-03264 EJD
     ORDER DISMISSING CASE